**Gustavo A. SANCHEZ–LETONA,
Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney
General, Respondent.**

No. 14–60578.

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2014.

Gustavo A. Sanchez–Letona, Los Fresnos, TX, pro se.

Tangerlia Cox, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Gustavo Sanchez–Letona filed a document titled "petition for review," in which he requests a stay of removal. The Government moves to dismiss the petition for lack of jurisdiction. Our jurisdiction is limited to reviewing final orders of removal, *Moreira v. Mukasey,* 509 F.3d 709, 713 (5th Cir.2007), and there is no evidence that a final order of removal has been issued against Sanchez–Letona. We therefore lack jurisdiction to review Sanchez–Letona's petition. Likewise, there is no basis for granting a stay of removal in the absence of a final order of removal.

Sanchez–Letona's petition for review and for a stay of removal is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.